1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| 14  MICHAEL GARCIA and JENNIFER GARCIA, | Case No. 2:14-CV-09235-MWF-AGR |
| 15  Plaintiffs, | *Assigned to: Michael W. Fitzgerald* Courtroom:  1600 |
| 16  v. | **JUDGMENT** |
| 17  GRACIELA VASQUEZ; ALLSTATE INSURANCE COMPANY, and DOES 1-10, | [Complaint Filed: July 3, 2013] |
| 18  Defendants. | |

21

22          The Court having granted Defendant Allstate Insurance Company's

23   Motion for Summary Judgment (Docket No. 37) and good cause having been

24   shown,

25
26
27
28

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1.      Plaintiffs Michael Garcia and Jennifer Garcia taking nothing by way of their Complaint, and a judgment be entered in favor of defendant Allstate Insurance Company and against plaintiffs Michael Garcia and Jennifer Garcia on the Complaint; and

2.      Defendant Allstate Insurance Company recover from Plaintiffs Michael Garcia and Jennifer Garcia costs incurred herein, as shall be determined by the Clerk of the Court pursuant to an Application To The Clerk To Tax Costs.

Dated:  August 17, 2015

_____
    HON. MICHAEL W. FITZGERALD
    UNITED STATES DISTRICT JUDGE

-2-

Case No. 2:14-cv-09235-MWF-AGR

SMRH:447184557.1

[PROPOSED] JUDGMENT